# EXHIBIT A

US009646459B2

(12) **United States Patent**

Hsu

(10) Patent No.: **US 9,646,459 B2**

(45) Date of Patent: **\*May 9, 2017**

(54) **INCENTIVE APPARATUS FOR GAMBLING GAME SYSTEMS**

(71) Applicant: **Tien-Shu Hsu**, Taichung (TW)

(72) Inventor: **Tien-Shu Hsu**, Taichung (TW)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 705 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/952,222**

(22) Filed: **Jul. 26, 2013**

(65) **Prior Publication Data**

US 2013/0316799 A1    Nov. 28, 2013

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 12/794,350, filed on Jun. 4, 2010, now abandoned.

(30) **Foreign Application Priority Data**

Jan. 22, 2010    (TW) ............................. 099101700 A

(51) **Int. Cl.**
| | | |
|---|---|---|
| *A63F 9/24* | (2006.01) | |
| *A63F 13/00* | (2014.01) | |
| *G06F 17/00* | (2006.01) | |
| *G06F 19/00* | (2011.01) | |
| *G07F 17/32* | (2006.01) | |

(52) **U.S. Cl.**
CPC ...... *G07F 17/3244* (2013.01); *G07F 17/3258* (2013.01)

(58) **Field of Classification Search**
CPC .................................... A63F 9/04; G07F 17/32
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2001/0008845 A1* | 7/2001 | Kusuda | ............... | G07F 17/3244 |
| | | | | 463/25 |
| 2002/0068633 A1* | 6/2002 | Schlaifer | ............... | G06Q 50/34 |
| | | | | 463/43 |
| 2004/0204216 A1* | 10/2004 | Schugar | .................. | G07F 17/32 |
| | | | | 463/16 |
| 2006/0055112 A1 | 3/2006 | Lean et al. | | |
| 2006/0244218 A1 | 11/2006 | Frankel et al. | | |

(Continued)

*Primary Examiner* — Milap Shah
*Assistant Examiner* — Jason Pinheiro
(74) *Attorney, Agent, or Firm* — Muncy, Geissler, Olds & Lowe, P.C.

(57) **ABSTRACT**

An incentive apparatus for a gambling game system aims to increase the odds thereof. The gambling game system includes a betting table and a plurality of game results. The betting table has payout odds marked thereon corresponding to different game results of the gambling game system. The incentive apparatus includes a dynamic raised odds calculation element, an electronic display board and a payout element. The dynamic raised odds calculation element randomly selects a specific number of the game results and generates dynamic raised odds for the selected game results respectively. The electronic display board has a plurality of display zones corresponding to the game results. The display zones immediately display the dynamic raised odds after betting of each round of game stops. The payout element pays out to players who win the round of the game according to the payout odds or the dynamic raised odds.

**15 Claims, 9 Drawing Sheets**



**US 9,646,459 B2**

Page 2

---

(56)                 **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2007/0057466 A1 * | 3/2007 | Soltys | G07F 17/322 |
| | | | 273/292 |
| 2009/0176547 A1 * | 7/2009 | Katz | G07F 17/32 |
| | | | 463/13 |
| 2009/0176548 A1 * | 7/2009 | Nakamura | G07F 17/32 |
| | | | 463/17 |
| 2010/0062851 A1 * | 3/2010 | Kido | G07F 17/32 |
| | | | 463/31 |

* cited by examiner



Fig. 1



Fig. 2



Fig. 3

| Dynamic raised odds | | | | | |
|---|---|---|---|---|---|
| Banker wins | Tie | Player wins | Banker pair | Player pair |
| 1:1 | 1:10 | 1:1 | 1:14 | 1:11 |

50

51

511

Fig . 4



Fig . 5



Fig. 6



Fig. 7



Fig. 8

Fig. 9

US 9,646,459 B2

1

## INCENTIVE APPARATUS FOR GAMBLING GAME SYSTEMS

This application is a continuation-in-part, and claims priority, of from U.S. patent application Ser. No. 12/794,350 filed on Jun. 4, 2010, entitled "AN INCENTIVE METHOD FOR A GAMBLING GAME", the entire contents of which are hereby incorporated by reference.

### FIELD OF THE INVENTION

The present invention relates to a gambling game system and particularly to an apparatus to increase appeal of a gambling game system.

### BACKGROUND OF THE INVENTION

A gambling game system mainly provides a betting table for players to place bets on different game results. The betting table shows different odds corresponding to different game results based on their appearing probability. In the event that the game result matches the player's bet, the player receives a payout according to the odds and betting amount.

The common gambling game systems nowadays are Baccarat, Dice game, Roulette and the like. They have official odds according to different game results. Take Baccarat for instance, the appearing probability of banker pair or player pair is 7.47%, and the odds generally is 1 wins 11, and the converted player's return ratio is about 89.6%. The player's return ratio means the average return ratio of a fixed amount betted by a player. Take the example that the return ratio is 89.6%, in average the player can receive $896 in return for a betting amount of $1000.

Due to the player's return ratio of the game results of most gambling game systems is relatively low and fixed, players often feel frustrated of losing money fast and discouraged by the unfairness of the games. The fixed odds also make players feel bored easily and reduce the appeal for the players after a short duration. Once the fresh and exciting feel fades, utilization of the gambling game system drops gradually. As a result, the benefit of the gambling game system cannot be fully realized. To attract and motivate the players, the theme and playing scheme of the game have to be innovated and changed constantly to maintain the fresh feeling of the players. But this makes business cost higher.

### SUMMARY OF THE INVENTION

The primary object of the present invention is to provide an apparatus that can dynamically raise the odds of a gambling game system.

To achieve the foregoing object, the present invention provides an incentive apparatus for a gambling game system. The gambling game system includes a betting table and a plurality of game results. The betting table has payout odds marked thereon corresponding to different game results of the gambling game system. The incentive apparatus includes a dynamic raised odds calculation element, an electronic display board and a payout element. The dynamic raised odds calculation element randomly selects a specific number of the game results and generates dynamic raised odds for the selected game results respectively. The electronic display board has a plurality of display zones corresponding to the game results. The display zones instantly display the dynamic raised odds after betting of each round of game stops. The payout element pays out to the players who win

2

the round of the game according to the payout odds or the dynamic raised odds which is at a higher priority.

Thus, through the incentive apparatus of the invention, the payout element pays out to the players who win the round of the game according to the payout odds or the dynamic raised odds which is at a higher priority. In the event that the player wins the betting round of the game, he/she may get payout according to the dynamic raised odds and get an extra incentive. According to the invention, the dynamic raised odds can be generated at each round of the game by selecting a specific number of the game results, hence there is sufficient amount of dynamic raised odds to attract players' attention to place bets. Therefore, utilization of the gambling game system can be increased to achieve maximum business benefit.

The foregoing, as well as additional objects, features and advantages of the invention will be more readily apparent from the following detailed description, which proceeds with reference to the accompanying embodiments and drawings. The embodiments merely serve for illustrative purpose and are not the limitation of the invention.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of the gambling game system of the invention.

FIG. 2 is a schematic view a physical table setup of a first embodiment of the invention.

FIG. 3 is a schematic view of the betting table of the first embodiment of the invention.

FIG. 4 is a picture of an electronic display board of the invention.

FIG. 5 is a schematic view of an electronic interface of a betting table of the first embodiment of the invention.

FIG. 6 is a schematic view of a physical table setup of a second embodiment of the invention.

FIG. 7 is a schematic view of an electronic interface of a betting table of the second embodiment of the invention.

FIG. 8 is a schematic view a physical table setup of a third embodiment of the invention.

FIG. 9 is a schematic view of an electronic interface of a betting table of the third embodiment of the invention.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Please refer to FIGS. 1 through 4 for a first embodiment of the invention. The gambling game system 100 is Baccarat as an example for discussion. It provides a Baccarat game for a banker 10 and a player (not shown in the drawings). The Baccarat game has five game results, i.e., banker wins, tie, player wins, banker pair and player pair. It is to be noted that the banker pair or player pair is the game result that the banker 10 or player gets the same first two cards, and the banker pair and player pair can appear with any of the banker wins, tie and player wins at the same time. The banker pair or player pair in the game result is judged independently, and does not affect banker wins, tie or player wins.

In this embodiment, the gambling game system 100 includes a pack of poker cards 20, a dynamic raised odds calculation element 30, a betting table 40, an electronic display board 50 and a payout element 60. The poker cards 20 are provided to play the Baccarat game and generate at least one (anyone of banker wins, tie and player wins, plus banker pair and player pair) of the five game results.

US 9,646,459 B2

**3**

The betting table **40** has five betting zones **41** to indicate the five game results, and is divided into nine segments (numbered 1-9) to allow nine players to place bets at the same time. The five betting zones **41** are drawn and marked on the table surface. In the event that the betting table **40** is a physical table, the electronic display board **50** can serve as a viewing board located at one side near the betting table **40** (as shown in FIG. **2**). Each of the five betting zones **41** is for the players to place bets and has corresponding payout odds. The electronic display board **50** includes at least one display zone **51** corresponding to the betting zone **41**, and the display zone **51** displays dynamic raised odds **511**.

Moreover, the dynamic raised odds calculation element **30** selects randomly a specific number of the five game results and generates the dynamic raised odds **511** for the selected game results respectively. Take Baccarat for instance, one of the five game results can be randomly selected, and the electronic display board **50** has a plurality of display zones **51** corresponding to the five game results. After betting is stopped at each round of game, the display zones **51** immediately display the corresponding dynamic raised odds **511**, and the payout element **60** pays out to the players who win the round of the game according to the payout odds or the dynamic raised odds **511** which is at a higher priority.

For instance, in the event that the dynamic raised odds calculation element **30** randomly selects "banker pair" from the five game results to generate the dynamic raised odds **511**, and the payout odds for the "banker pair" is 1 wins 11 (the present commonly accepted conventional odds), and the amount of raised odds selected for the dynamic raised odds **511** can be four, wherein the raised odds are respectively 1 wins 12, 1 wins 13, 1 wins 14 and 1 wins 15 with corresponding appearing probability of 80%, 17%, 2% and 1%. Or, in order to give the players the excitement of hitting a jackpot, the raised odds can be changed to 1 wins 12, 1 wins 14, 1 wins 20 and 1 wins 30 with corresponding appearing probability changed to 90%, 8%, 1.5% and 0.5%, so that the player's return ratio is controlled below 100%.

The other game results, i.e., tie, banker wins, player wins and player pair also can adopt the scheme of generating the dynamic raised odds **511** previously discussed with different raised odds, and the appearing probability of different raised odds can be determined through mathematical calculation according to actual requirements or announced regulations, details are omitted herein.

Also referring to FIG. **5**, the betting table **40A** can also be an electronic betting interface with an electronic screen **42**. The five betting zones **41** of the betting table **40A** are displayed on the electronic screen **42** which can be a touch screen. The electronic display board **50A** can be integrated in the electronic betting table **40A** and displayed on the electronic screen **42**. The number of the display zones **51** of the electronic display board **50A** corresponds to that of the betting zones **41** on the betting table **40A**, and the display zones **51** are abutting to the betting zones **41** to display the payout odds electronically. After the dynamic raised odds **511** are generated, they replace the payout odds. The display zones **51** can display the dynamic raised odds by color change, luminosity increase or profile highlight.

Please refer to FIGS. **6** and **7**, the gambling game system **100**, asides from Baccarat, can also be a dice game with three dices **70** and a dice cup **71**. The betting table **40B** also can be a physical table (as shown in FIG. **6**). Or the betting table **40C** can be an electronic interface (as shown in FIG. **7**).

**4**

Referring to FIGS. **8** and **9**, the gambling game system **100** also can be Roulette with a roulette wheel **80** and a colored ball **81**. The betting table **40D** also can be a physical table (as shown in FIG. **8**). Or the betting table **40E** can be an electronic interface (as shown in FIG. **9**).

As a conclusion, the incentive apparatus of the invention allows the payout element to pay out to the players who win the round of game according to the payout odds or the dynamic raised odds which is at a higher priority. Hence the player who wins the round of game can get extra payment according to the dynamic raised odds and obtain extra incentive. Therefore, the appeal of gambling game system is greater. Moreover, at each round of the game, a specific number of the game results is selected to generate the dynamic raised odds to attract players' attention to place bets. As a result, utilization of the gambling game system increases and maximum business benefit can be achieved.

What is claimed is:

**1**. An incentive apparatus for a gambling game system comprising:

a betting table, including a plurality of betting zones, wherein each of the plurality of betting zones in the gambling game system includes a game results respectively, each of the game results is different and includes a payout odds respectively;

a calculation element, including a dynamic raised odds choosing module and a payout module, in which the dynamic raised odds choosing module is connected to the betting table to retrieve each of the plurality of game results and replaces the original payout odds of one of the plurality of game results, which is randomly selected, with a dynamic raised odds, and the payout module pays out odds, according to the selected one of the game results, after the gambling game system is over; and

an electronic display board connecting to the calculation element and including a plurality of display zones, each of the display zone displaying one of the plurality of game results respectively, wherein the electronic display board displays the dynamic raised odds of at least one of the plurality of game results in the display zones.

**2**. The incentive apparatus for the gambling game system of claim **1**, wherein the gambling game system is a dice game including three dices and a dice cup.

**3**. The incentive apparatus for the gambling game system of claim **1**, wherein the gambling game system is a roulette game including a roulette wheel and a colored ball.

**4**. The incentive apparatus for the gambling game system of claim **1**, wherein the gambling game system is Baccarat including a pack of poker cards and the game results include banker wins, tie, player wins, banker pair and player pair.

**5**. The incentive apparatus for the gambling game system of claim **1**, wherein the electronic display board is located next to the betting table.

**6**. The incentive apparatus for the gambling game system of claim **1**, wherein the betting table includes an electronic screen, and the plurality of betting zones displayed on the electronic screen.

**7**. The incentive apparatus for the gambling game system of claim **6**, wherein the electronic screen is a touch screen.

**8**. An incentive apparatus for a gambling game system comprising:

a betting table, including a plurality of betting zones and an electronic screen, wherein each of the plurality of betting zones in the gambling game system includes a game results respectively, each of the game results is different and includes a payout odd respectively;

US 9,646,459 B2

5

a calculation element, including a dynamic raised odds choosing module and a payout module, in which the dynamic raised odds choosing module is connected to the betting table to retrieve each of the plurality of game results and replaces the original payout odds of one of the plurality of game results, which is randomly selected, with a dynamic raised odds, and the payout module pays out odds, according to the selected one of game results, after the gambling game system is over; and

an electronic display board connecting to the calculation element and including a plurality of display zones, each of the display zone displaying one of the plurality of game results respectively, wherein the electronic display board displays the dynamic raised odds and wherein the electronic display board is integrated in the electronic screen.

**9**. The incentive apparatus for the gambling game system of claim **8**, wherein the gambling game system is a dice game including three dices and a dice cup.

**10**. The incentive apparatus for the gambling game system of claim **8**, wherein the gambling game system is a roulette game including a roulette wheel and a colored ball.

6

**11**. The incentive apparatus for a gambling game system of claim **8**, wherein the gambling game system is Baccarat including a pack of poker cards and the game results include banker wins, tie, player wins, banker pair and player pair.

**12**. The incentive apparatus for the gambling game system of claim **8**, wherein the plurality of betting zones displayed on the electronic screen.

**13**. The incentive apparatus for the gambling game system of claim **12**, wherein the electronic screen is a touch screen.

**14**. The incentive apparatus for the gambling game system of claim **12**, wherein the number of the display zones of the electronic display board is corresponding to that of the betting zones of the betting table, the display zones abutting the betting zones to display electronically the payout odds, the payout odds being replaced by the generated dynamic raised odds.

**15**. The incentive apparatus for the gambling game system of claim **14**, wherein the display zones display the dynamic raised odds by color change, luminosity increase or profile highlight.

* * * * *

# EXHIBIT B

**Exhibit B: Exemplary Infringement Claim Chart for U.S. Patent No. 9,646,459, Claim 1**

| Claim | Exemplary Disclosures |
|---|---|
| [1.pre] An incentive apparatus for a gambling game system comprising: | The online live version of Lightning Roulette ("Live LR") includes "[a]n incentive apparatus for a gambling game system." <br><br> Lightning Roulette includes incentives that provide players with opportunities to "win extra" or to "win increased payouts" with the objective of "increas[ing] player engagement with the game." For example, in Lightning Roulette, between one and five "Lucky Numbers" are selected for these increased payouts and are associated with "Lucky Number wins": <br><br> **Lightning Roulette** <br><br> Our unique Lightning Roulette is like no other Roulette game. Not only is it visually stunning, but it also adds RNG Lucky Number wins to every game round. <br><br> All the familiar elements of our world-class Live Roulette are here — the live wheel, the live dealer, and the full line-up of Roulette bets. <br><br> But Lightning Roulette adds a whole lot more for an electrifying experience. In each game round, between one and five Lucky Numbers are struck by lightning and given multiplied payouts of between 50x and 500x. <br><br> With its involving game show-style environment with advanced sound and lighting effects, Lightning Roulette is a unique and electrifying spin on traditional Roulette. |

**Exhibit B: Exemplary Infringement Claim Chart for U.S. Patent No. 9,646,459, Claim 1**

| Claim | Exemplary Disclosures |
|---|---|
| | https://games.evolution.com/live-casino/live-roulette/ (last visited May 9, 2025).<br><br>"The opportunity to win increased payouts makes Lightning Roulette is highly attractive to players and the adjusted standard payouts ensure the game remains highly profitable." First Amended Complaint at ¶ 13, *Evolution Malta Ltd., et al. v. Light & Wonder, Inc., et al.*, C.A. No. 24-993-CDS-EJY (D. Nev. Apr. 10, 2025), D.I. 85 (hereinafter "*Evolution v. Light & Wonder* FAC").<br><br>"The proprietary information [of Lightning Roulette] allows, among other things, the game to remain profitable despite the inclusion of multipliers with increased payouts and increases player engagement with the game." *Id.* at ¶ 28.<br><br>The Evolution website describes an apparatus for implementing the Lightning Roulette incentives:<br><br>The ball is spun automatically by an Auto Roulette wheel, and the game presenter will pull a lever to initiate the generating of Lucky Numbers after betting time has expired. One to five Lucky numbers with random Lucky Payouts are generated and highlighted in the user interface.<br><br>https://games.evolution.com/live-casino/live-roulette/ (last visited May 9, 2025). The apparatus displays a "user interface."<br><br>The *Evolution v. Light & Wonder* FAC describes the operation of the apparatus. "Unlike traditional roulette, in Lightning Roulette, one or more players place bets electronically through player devices." *Evolution v. Light & Wonder* FAC at ¶ 13. "In addition, unlike traditional roulette, in every round, Lightning Roulette includes software that randomly or pseudo-randomly selects one or more numbers on the roulette wheel as 'Lucky Numbers' that are each assigned an increased payout (*e.g.*, between 50x and 500x) by the software." *Id.* (citing https://games.evolution.com/live-casino/live-roulette/lightning-roulette). "If the ball lands in one of the selected "Lucky Numbers" on the roulette wheel for that round, the software indicates the payouts to be made and pays out each player who bet on that number according to the multiplier |

**Exhibit B: Exemplary Infringement Claim Chart for U.S. Patent No. 9,646,459, Claim 1**

| Claim | Exemplary Disclosures |
|---|---|
| | assigned to that number, payout which is higher than the payout for positions without a multiplier." *Id.*<br><br>"Lightning Roulette is also a hybrid game that combines the use of mechanically-generated game values (e.g., roulette number on which ball lands after spin) and electronically-generated game values (e.g., "Lucky Numbers" and multipliers). Because players tend to distrust purely electronic games (e.g., through belief that such games are manipulated), Lightning Roulette's use of both game values that are mechanically generated (e.g., by using a physical roulette wheel and ball) and electronically-generated game values to improve player trust (and thus more player engagement) while allowing for more flexible and diverse gameplay." *Id.* at ¶ 14. "In the online live version, users are able to participate online in a game that is hosted by a live dealer." *Id.* at ¶ 15.<br><br>The Live LR apparatus includes, for example, a live roulette game on a physical game board that includes a roulette wheel, one or more cameras capturing and broadcasting images of the physical game board, "a lever to initiate the generating of Lucky Numbers," one or more computer networks, one or more electronic displays, and a computer system that includes one or more physical processors connected to memory executing one or more computer program instructions stored in memory that, when executed, performs the steps associated with the Live LR game and present a "user interface" to at least one online user playing the Live LR game.<br><br>The apparatus displays this "user interface" (as highlighted by the red box in the image below) including an image of the live roulette game: |

**Exhibit B: Exemplary Infringement Claim Chart for U.S. Patent No. 9,646,459, Claim 1**

| Claim | Exemplary Disclosures |
|-------|----------------------|
|  | <br>https://games.evolution.com/wp-content/uploads/2023/01/Lightning-Roulette-Big-Win-Compilation.mp4 (1:10/3:19). |

4

**Exhibit B: Exemplary Infringement Claim Chart for U.S. Patent No. 9,646,459, Claim 1**

| [1.a] a betting table, including a plurality of betting zones, | The Live LR "user interface" includes a betting table as depicted by the yellow box in the image below:<br><br><br><br>https://games.evolution.com/wp-content/uploads/2023/01/Lightning-Roulette-Big-Win-Compilation.mp4 (1:10/3:19)<br><br>The Lightning Roulette betting table includes a plurality of betting zones as shown in the yellow box in the image below.  These zones show the available game results on which a player may bet:<br><br> |

**Exhibit B: Exemplary Infringement Claim Chart for U.S. Patent No. 9,646,459, Claim 1**

| Claim | Exemplary Disclosures |
|---|---|
| | https://games.evolution.com/wp-content/uploads/2023/01/Lightning-Roulette-Big-Win-Compilation.mp4 (1:10/3:19). |
| [1.b] wherein each of the plurality of betting zones in the gambling game system includes a game results respectively, | The Live LR user interface includes betting zones that include a game result such as individual numbers (0, 1-36) and other types of bets such as 1st 12; 2nd 12; 3rd 12; 1-18; Even; Red; Black; Odd; 19-36; and so forth.<br><br><br><br>https://games.evolution.com/wp-content/uploads/2023/01/Lightning-Roulette-Big-Win-Compilation.mp4 (1:10/3:19). |

**Exhibit B: Exemplary Infringement Claim Chart for U.S. Patent No. 9,646,459, Claim 1**

| [1.c] each of the game results is different and includes a payout odds respectively; | Each of Live LR's game results is different. These different results are described in more detail with respect to the previous limitation and as is shown below:<br><br>Bet Types<br><br>You can place many different kinds of bets on the Roulette table. Bets can cover a single number or a certain range of numbers, and each type of bet has its own payout rate.<br><br>Bets made on the numbered spaces on the betting area, or on the lines between them, are called Inside Bets, while bets made on the special boxes below and to the side of the main grid of numbers are called Outside Bets.<br><br>**INSIDE BETS:**<br><br>• Straight Up — place your chip directly on any single number (including zero).<br>• Split Bet — place your chip on the line between any two numbers, either on the vertical or horizontal.<br>• Street Bet — place your chip at the end of any row of numbers. A Street Bet covers three numbers.<br>• Corner Bet — place your chip at the corner (central intersection) where four numbers meet. All four numbers are covered.<br>• Five Bet — place your chip on the outer boundary line of the betting grid between 0 and 1 (at the point where the bottom-right corner of the number 0 meets the bottom-left corner of the number one).<br>• A Five Bet covers five numbers: 0, 00, 1, 2 and 3.<br>• Line Bet — place your chip at the end of two rows on the intersection between the two rows. A line bet covers all the numbers in both rows, a total of six numbers.<br><br>**OUTSIDE BETS:**<br><br>• Column Bet — place your chip in one of the boxes marked "2 to 1" at the end of the column that covers all 12 numbers in that column. The zero and double zero is not covered by any column bet.<br>• Dozen Bet — place your chip in one of the three boxes marked "1st 12," "2nd 12" or "3rd 12" to cover the 12 numbers alongside the box.<br>• Red/Black — place your chip in the Red or Black box to cover the 18 red or 18 black numbers. The zero and double zero is not covered by these bets.<br>• Even/Odd — place your chip in one of these boxes to cover the 18 even or 18 odd numbers. The zero and double zero is not covered by these bets.<br>• 1-18/19-36 — place your chip in either of these boxes to cover the first or second set of 18 numbers. The zero and double zero is not covered by these bets.<br><br>After the bets are closed the randomly selected "lucky numbers" with their "lucky payouts" will be highlighted on the betting grid.<br><br>https://help.nj.betmgm.com/en/casino-help/live-dealer/LiveDealerlightningrou  (last visited May 9, 2025). |
|---|---|

**Exhibit B: Exemplary Infringement Claim Chart for U.S. Patent No. 9,646,459, Claim 1**

| Claim | Exemplary Disclosures |
|---|---|
| | Each Live LR game result includes a payout odds:<br><br><br><br>https://help.nj.betmgm.com/en/casino-help/live-dealer/LiveDealerlightningrou  (last visited May 9, 2025). |

**Exhibit B: Exemplary Infringement Claim Chart for U.S. Patent No. 9,646,459, Claim 1**

| Claim | Exemplary Disclosures |
|---|---|
| [1.d] a calculation element, including a dynamic raised odds choosing module and a payout module, | Live LR includes "a calculation element including a dynamic raised odds choosing module and a payout module." <br><br> The *Evolution v. Light & Wonder* FAC discloses that Live LR includes a dynamic raised odds choosing module. *Evolution v. Light & Wonder* FAC at ¶ 13 ("Lightning Roulette includes software that randomly or pseudo-randomly selects one or more numbers on the roulette wheel as 'Lucky Numbers' that are each assigned an increased payout (*e.g.*, between 50x and 500x) by the software."); *see also* https://games.evolution.com/live-casino/live-roulette/lightning-roulette (last visited May 9, 2025) ("In each game round, between one and five Lucky Numbers are struck by lightning and given multiplied payouts of between 50x and 500x."); *id.* ("One to five Lucky numbers with random Lucky Payouts are generated and highlighted in the user interface."). <br><br> The *Evolution v. Light & Wonder* FAC discloses that Live LR includes a payout module. *Evolution v. Light & Wonder* FAC at ¶ 13 ("If the ball lands in one of the selected 'Lucky Numbers' on the roulette wheel for that round, the software indicates the payouts to be made and pays out each player who bet on that number according to the multiplier assigned to that number, payout which is higher than the payout for positions without a multiplier." |

**Exhibit B: Exemplary Infringement Claim Chart for U.S. Patent No. 9,646,459, Claim 1**

| Claim | Exemplary Disclosures |
|---|---|
| [1.e] in which the dynamic raised odds choosing module is connected to the betting table to retrieve each of the plurality of game results and | In Live LR, "the dynamic raised odds choosing module is connected to the betting table to retrieve each of the plurality of game results." <br><br> In Live LR, the "game results" are the numbers on the roulette wheel. "[I]n every round, Lightning Roulette includes software that randomly or pseudo-randomly selects one or more numbers on the roulette wheel as 'Lucky Numbers' that are each assigned an increased payout (*e.g.*, between 50x and 500x) by the software." *Evolution v. Light & Wonder* FAC at ¶ 13. <br><br> The Live LR "Lightning Roulette Big Win Compilation" video shows that game results of 1, 19, 32, and 33 have been randomly selected from the plurality of game results. The video demonstrates that Live LR is connected to the betting table in that the user interface shows the numbers on which bets have been placed, including the selected results of 1, 19, 32, and 33. <br><br>  <br><br> https://games.evolution.com/wp-content/uploads/2023/01/Lightning-Roulette-Big-Win-Compilation.mp4 (1:28/3:19). |

**Exhibit B: Exemplary Infringement Claim Chart for U.S. Patent No. 9,646,459, Claim 1**

| Claim | Exemplary Disclosures |
|---|---|
| [1.f] replaces the original payout odds of one of the plurality of game results, which is randomly selected, with a dynamic raised odds, and | Live LR's dynamic raised odds choosing module "replaces the original payout odds of one of the plurality of game results, which is randomly selected, with a dynamic raised odds."<br><br>The game results selected for dynamic raised odds are selected randomly – "Lightning Roulette includes software that randomly or pseudo-randomly selects one or more numbers on the roulette wheel as 'Lucky Numbers' that are each assigned an increased payout (*e.g.*, between 50x and 500x) by the software." *Evolution v. Light & Wonder* FAC at ¶ 13 (citing https://games.evolution.com/live-casino/live-roulette/lightning-roulette); *see also id.* at ¶ 28 (There are "two math files for Lightning Roulette. These math files, which are each prominently marked "COMPANY CONFIDENTIAL" at the top, lay out the underlying math for the Lightning Roulette game, including the frequency with which each multiplier is selected, the frequency with which the roulette numbers are selected as "Lucky Numbers," and the frequency with which the ball lands on a roulette number.").<br><br>The Live LR "Lightning Roulette Big Win Compilation" video shows that four game results – that is 1, 19, 32, and 33 – have been selected from the plurality of game results and that the game results' Straight Up original payout odds of 29:1 (*see* https://games.evolution.com/live-casino/live-roulette/ (last visited May 9, 2025) ("Non-multiplied Straight Up Bets pay 29:1.")) have been replaced with dynamic raised odds of 50x/49:1, 500x/499:1, 50x/49:1, and 100x/99:1, respectively:<br><br><br><br>https://games.evolution.com/wp-content/uploads/2023/01/Lightning-Roulette-Big-Win-Compilation.mp4 (1:28/3:19). |

**Exhibit B: Exemplary Infringement Claim Chart for U.S. Patent No. 9,646,459, Claim 1**

| [1.g] the payout module pays out odds, according to the selected one of the game results, after the gambling game system is over; and | The Live LR payout module "pays out odds, according to the selected one of the game results, after the gambling game system is over." |
|---|---|
| | "If the ball lands in one of the selected 'Lucky Numbers' on the roulette wheel for that round, the software indicates the payouts to be made and pays out each player who bet on that number according to the multiplier assigned to that number, payout which is higher than the payout for positions without a multiplier." *Evolution v. Light & Wonder* FAC at ¶ 13. |
| | The Live LR "Lightning Roulette Big Win Compilation" video shows a situation where the game result of the number 19 has been selected to have dynamic raised odds of a 500x/499:1 payout. The original €10 Straight Up bet was at 29:1 odds and was valued at €300. Here, after the game is over, the payout module pays out €5,000 at the higher, dynamic raised odds. |
| |  |
| | https://games.evolution.com/wp-content/uploads/2023/01/Lightning-Roulette-Big-Win-Compilation.mp4 (1:40/3:19). |

**Exhibit B: Exemplary Infringement Claim Chart for U.S. Patent No. 9,646,459, Claim 1**

| Claim | Exemplary Disclosures |
|---|---|
| [1.h] an electronic display board connecting to the calculation element and including a plurality of display zones, | The Live LR user interface includes "an electronic display board connecting to the calculation element and including a plurality of display zones." <br><br> The Live LR "Lightning Roulette Big Win Compilation" video shows an electronic display screen behind the roulette wheel and next to the dealer that includes more than one display zone as highlighted by the red boxes: <br><br>  <br><br> https://games.evolution.com/wp-content/uploads/2023/01/Lightning-Roulette-Big-Win-Compilation.mp4 (2:40/3:19). <br><br> The display screen is connected to the calculation element, as it shows two game results – that is 22 and 33 – that have been randomly selected by the calculation element and have had dynamic raised odds applied to them. |

**Exhibit B: Exemplary Infringement Claim Chart for U.S. Patent No. 9,646,459, Claim 1**

| Claim | Exemplary Disclosures |
|---|---|
| [1.i] each of the display zone displaying one of the plurality of game results respectively, wherein the electronic display board displays the dynamic raised odds of at least one of the plurality of game results in the display zones. | On the electronic display board in the Live LR "Lightning Roulette Big Win Compilation" video, "each of the display zone displaying one of the plurality of game results respectively, wherein the electronic display board displays the dynamic raised odds of at least one of the plurality of game results in the display zones." Here, the game results of 22 and 33 have had the dynamic raised odds of 500x/499:1 and 100x/99:1 respectively applied to them. As shown in the red boxes, below, these dynamic raised odd are displayed in the display zones on the electronic display.<br><br><br><br>https://games.evolution.com/wp-content/uploads/2023/01/Lightning-Roulette-Big-Win-Compilation.mp4 (2:40/3:19). |

14