IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JUMBO TECHNOLOGY CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-660 (JCG) |
| | ) | |
| EVOLUTION US LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF JUMBO TECHNOLOGY CO., LTD'S**
**MOTION FOR CLAIM CONSTRUCTION**

Pursuant to paragraph 14 of the Scheduling Order (D.I. 25), Plaintiff Jumbo Technology Co., Ltd. ("Jumbo") respectfully requests that the Court adopt its claim construction positions set forth in the Joint Claim Construction Chart (D.I. 60).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ J. Layne Lancaster*

Rodger D. Smith II (#3778)
Brian P. Egan (#6227)
Cameron P. Clark (#6647)
J. Layne Lancaster (#7616)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@morrisnichols.com
began@morrisnichols.com
cclark@morrisnichols.com
llancaster@morrisnichols.com

*Attorneys for Plaintiff*

OF COUNSEL:

Gerry Silver
SULLIVAN & WORCESTER LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 660-3096

Kimberly B. Herman
Ryan M. Rosenblatt
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800

July 9, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 9, 2026, upon the following in the manner indicated:

Dana K. Severance, Esquire
WOMBLE BOND DICKINSON (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

Barry J. Herman, Esquire
Julie C. Giardina, Esquire
WOMBLE BOND DICKINSON (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

Matthew K. Blackburn, Esquire
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Suite 2750
San Francisco, CA 94111
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

*/s/ J. Layne Lancaster*

J. Layne Lancaster (#7616)