IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JUMBO TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>EVOLUTION US, LLC, and<br>EVOLUTION MALTA LIMITED,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No: 25-660 (JCG) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the briefing schedule on Defendant Evolution Malta Limited's Motion to Dismiss (D.I. 69) is hereby extended as follows:

| Brief | Original Deadline | New Deadline |
|---|---|---|
| Plaintiff Jumbo's Opposition Brief | August 28, 2026 | September 11, 2026 |
| Defendant Evolution Malta's Reply Brief | September 4, 2026 | September 25, 2026 |

No other deadlines set forth in the Court's Third Amended Scheduling Order (D.I. 46) are altered by way of this stipulation.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

Rodger D. Smith II (#3778)
Brian P. Egan (#6227)
Cameron P. Clark (#6647)
J. Layne Lancaster (#7616)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@morrisnichols.com
began@morrisnichols.com
cclark@morrisnichols.com
llancaster@morrisnichols.com

*Of Counsel:*

Kimberly B. Herman
Ryan M. Rosenblatt
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
kherman@sullivanlaw.com
rrosenblatt@sullivanlaw.com

Gerry Silver
SULLIVAN & WORCESTER LLP
1251 Avenue of the Americas
New York, NY 10020
gsilver@sullivanlaw.com

*Attorneys for Plaintiff*

WOMBLE BOND DICKINSON (US) LLP

*/s/ Dana K. Severance*

Dana K. Severance (#4869)
1313 North Market Street
Suite 1200
Wilmington, DE 19801
(302) 252-4320
dana.severance@wbd-us.com

*Of Counsel:*

Barry J. Herman
Julie C. Giardina
WOMBLE BOND DICKINSON (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202
(410) 545-5830
barry.herman@wbd-us.com
julie.giardina@wbd-us.com

Matthew K. Blackburn
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Suite 2750
San Francisco, CA 94111
(650) 687-8442
matt.blackburn@wbd-us.com

*Attorneys for Defendant*

Dated: August 20, 2026

IT IS SO ORDERED this ______ day of ________________________, 2026.

______________________________
The Honorable Jennifer Choe-Groves