**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **JUMBO TECHNOLOGY CO., LTD.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**EVOLUTION US LLC, AND EVOLUTION MALTA LIMITED,**<br><br>**Defendants.** | **Court No. 1:25-cv-00660-JCG** |

**FIFTH AMENDED SCHEDULING ORDER**

Upon consideration of Plaintiff's unopposed request to reschedule the Claim Construction Hearing and all papers and proceedings in this action, it is hereby

**ORDERED** that the Claim Construction Hearing on November 23, 2026, at 1:30–3:30 p.m. by videoconference is cancelled; and it is further

**ORDERED** that a Claim Construction Hearing shall be held on January 11, 2027, from 10:00 a.m. to 12:00 p.m. Eastern Standard Time by videoconference.

| Event | Prior Deadline | Current Deadline |
|---|---|---|
| Exchange Claim Terms | June 11, 2026 | June 11, 2026 |
| Exchange Proposed Constructions | June 25, 2026 | June 25, 2026 |
| Joint Claim Construction Chart | July 9, 2026 | July 9, 2026 |
| Plaintiff's Opening Claim Construction Brief | August 6, 2026 | August 6, 2026 |

| | | |
|---|---|---|
| Defendants' Answer to Amended Complaint | August 14, 2026 | August 14, 2026 |
| Defendants' Answering Claim Construction Brief | September 3, 2026 | September 3, 2026 |
| Plaintiff's Response Brief to Defendants' Motion to Dismiss | September 11, 2026 | September 11, 2026 |
| Plaintiff's Reply Claim Construction Brief | September 24, 2026 | September 24, 2026 |
| Defendants' Reply Brief to Plaintiff's Response Brief to Defendants' Motion to Dismiss | September 25, 2026 | September 25, 2026 |
| Defendants' Sur-reply Claim Construction Brief | October 15, 2026 | October 15, 2026 |
| Joinder of Other Parties and Amendment of Pleadings | October 15, 2026 | October 15, 2026 |
| File Joint Claim Construction Brief (all combined briefing) | October 22, 2026 | October 22, 2026 |
| Substantial Completion of Document Production | October 29, 2026 | October 29, 2026 |
| Meet and Confer on Claim Construction | October 30, 2026 | October 30, 2026 |
| Amended Claim Construction Chart | November 5, 2026 | November 5, 2026 |
| Claim Construction Hearing | November 23, 2026, at 1:30–3:30 p.m. via videoconference | **January 11, 2027, from 10:00 a.m. to 12:00 p.m. EST via videoconference** |
| Final Infringement Contentions | January 14, 2027 | January 14, 2027 |
| Final Invalidity Contentions | February 4, 2027 | February 4, 2027 |
| Close of Fact Discovery | February 19, 2027 | February 19, 2027 |
| Opening expert reports | April 1, 2027 | April 1, 2027 |
| Rebuttal expert reports | April 29, 2027 | April 29, 2027 |
| Reply expert reports | May 27, 2027 | May 27, 2027 |
| Complete expert depositions | July 2, 2027 | July 2, 2027 |
| Deadline for case-dispositive and Daubert Motions | July 29, 2027 | July 29, 2027 |

| | | |
|---|---|---|
| Opposition to case-dispositive and Daubert Motions | August 26, 2027 | August 26, 2027 |
| Reply to case-dispositive and Daubert Motions | September 16, 2027 | September 16, 2027 |
| Joint Statement of Undisputed Facts | September 23, 2027 | September 23, 2027 |
| Joint proposed pretrial order | January 5, 2028 | January 5, 2028 |
| File jury instructions, voir dire, and special verdict forms | January 5, 2028 | January 5, 2028 |
| Deadline to Notify Court of Settlement | January 18, 2028 | January 18, 2028 |
| Final pretrial conference | January 18, 2028, at 1:00 p.m. via videoconference | January 18, 2028, at 1:00 p.m. via videoconference |
| Jury Trial (5 days) | February 14, 2028, at 8:30 a.m. at the J. Caleb Boggs Federal Building in Wilmington, DE | February 14, 2028, at 8:30 a.m. at the J. Caleb Boggs Federal Building in Wilmington, DE |

While the Court will consider timely extension requests based on a showing of good cause, the Parties should seek to limit the need for extensions to short periods to address unexpected conflicts.

IT IS SO ORDERED this 4th day of September, 2026.

/s/ Jennifer Choe-Groves
Jennifer Choe-Groves
U.S. District Court Judge*

*Judge Jennifer Choe-Groves, of the United States Court of International Trade, sitting by designation.