**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JUMBO TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>EVOLUTION US LLC and<br>EVOLUTION MALTA LIMITED,<br><br>Defendants. | C.A. No: 25-cv-660-JCG<br><br>**JURY TRIAL DEMANDED** |

**<u>REQUEST FOR ORAL ARGUMENT PURSUANT TO D. DEL. LR 7.1.4</u>**

Pursuant to D. Del. LR 7.1.4, Defendant Evolution Malta Limited respectfully requests oral argument on Defendant Evolution Malta Limited's Motion to Dismiss the Second Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (D.I. 69). Briefing on this Motion was completed on September 25, 2026. Given the complexity of the patent eligibility issues presented under 35 U.S.C. § 101, Defendant respectfully submits that oral argument would assist the Court in resolving this Motion.

Dated: September 28, 2026

Respectfully submitted,

/s/ Dana K. Severance
Dana K. Severance (#4869)
WOMBLE BOND DICKINSON (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
(302) 252-4320
Dana.Severance@wbd-us.com

*Attorneys for Defendant Evolution Malta Limited*

*Of Counsel:*

Barry J. Herman
Julie C. Giardina
WOMBLE BOND DICKINSON (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202
(410) 545-5830
Barry.Herman@wbd-us.com
Julie.Giardina@wbd-us.com

Matthew K. Blackburn
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Suite 2800
San Francisco, CA 94111
(650) 687-8442
Matt.Blackburn@wbd-us.com