MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

BRIAN P. EGAN
(302) 351-9454
began@morrisnichols.com

November 4, 2026

The Honorable Jennifer Choe-Groves
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

*VIA ELECTRONIC FILING*

Re: *Jumbo Technology Co., Ltd. v. Evolution US LLC, et al.*
C.A. No. 25-660 (JCG) (D. Del.)

Dear Judge Choe-Groves:

The parties file herewith an Amended Joint Claim Construction Chart pursuant to paragraph 16 of the Scheduling Order (D.I. 25). The parties narrowed certain disputes during claim construction briefing and each of their currently proposed constructions for the six claim terms in dispute are reflected in the Amended Chart.

The parties further report that on October 30, 2026, counsel met and conferred via Zoom for approximately ten minutes in an effort to further narrow their claim construction disputes, but no agreement could be reached. The participants in the meet and confer included Brian P. Egan and J. Layne Lancaster of Morris, Nichols, Arsht & Tunnell LLP on behalf of Plaintiff, and Dana K. Severance of Womble Bond Dickinson (US) LLP on behalf of Defendants.

Respectfully,

*/s/ Brian P. Egan*

Brian P. Egan (#6227)

BPE/bac

cc: Clerk of the Court (via hand delivery)
All Counsel of Record (via CM/ECF and electronic mail)