IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUMBO TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>EVOLUTION US LLC and<br>EVOLUTION MALTA LIMITED,<br><br>Defendants. | C.A. No. 25-660 (JCG) |

**AMENDED JOINT CLAIM CONSTRUCTION CHART FOR**
**PLAINTIFF'S U.S. PATENT NO. 9,646,459**

Plaintiff Jumbo Technology Co., Ltd. ("Jumbo") and Defendants Evolution US LLC and Evolution Malta Limited (collectively, "Evolution"), having met and conferred in accordance with paragraph 16 of the Scheduling Order (D.I. 25), hereby provide the following amended joint claim construction chart. This chart identifies the disputed claim terms from U.S. Patent No. 9,646,459 (the "'459 Patent") (Exhibit A), each party's proposed constructions of those claim terms, and intrinsic evidence supporting each party's respective proposed constructions. This chart amends the parties' Joint Claim Construction Chart filed on July 9, 2026 (D.I. 60), and reflects modifications made to the parties' proposed claim constructions during the course of claim construction briefing, as reflected in the parties' Joint Claim Construction Brief (D.I. 88).

| Term No. | Claim Term | Jumbo's Proposed Construction and Intrinsic Evidence | Evolution's Proposed Construction and Intrinsic Evidence |
|---|---|---|---|
| 1 | "each of the plurality of betting zones in the gambling game system includes a game results respectively, each of the game results is different and includes a payout odds respectively"<br><br>*Appears in claims 1 and 8 of the '459 Patent* | *Construction*<br><br>"each betting zone corresponds to a potential outcome of the gambling game, wherein each potential outcome corresponds to a different bet with associated payout odds that may be placed" | *Construction*<br><br>Indefinite under 35 U.S.C. § 112 because the limitation fails to inform a person of ordinary skill, with reasonable certainty, of the required relationship among betting zones, game results, and payout odds. |
| | | *Intrinsic Evidence*[1]<br><br>'459 Patent<br>Abstract; 1:18-24; 1:55-58; 1:63-67; 2:26-43; 2:48-60; 3:1-12; 3:48-58; 3:62-67; 4:1-5; Figures 1-9; claims 1, 6, 8, 12, 14<br><br>'459 Patent File History (U.S. Pat. App. 13/952,222)<br>• 07/26/2013 U.S. Pat. App. 13/952,222 claims 1, 8 (JUMBO_000106–08) | *Intrinsic Evidence*<br><br>'459 Patent (JUMBO_000001-14)<br><br>Claims 1–6, and 8–12, and 14–15; Figs. 1–9; Abstract; Specification at 1:55–58, 1:58-2:6, 2:52–60, 2:61–64, 3:1–61, 3:62–4:5.<br><br>'459 Patent File History, including the originally filed claims reciting "a gambling game system which includes a betting table and a plurality of game results, the |

[1] The parties reserve the right to rely on any other intrinsic evidence, as well as extrinsic evidence, in further support of their respective proposed constructions, including any intrinsic and extrinsic evidence cited by the other side.

| | | | |
|---|---|---|---|
| | | • 06/09/2016 Amendment at 2, 3, 6 (JUMBO_000170–71, 000174)<br>• 12/01/2016 Amendment at 2, 3, 5 (JUMBO_000198–99, 000201)<br><br><u>U.S. Patent Application 12/794,350 (the "'350 Parent Application")</u> Abstract; 1:7-25; 2:8-15; 3:17-18; 3:21-22; 3:25-4:1; 4:4-19; 4:23-5:12; 6:11-13; 6:18-24; 7:4-6; 8:21-9:7; 10:1-11; 11:3-6; Figures 3, 5, 7; claim 1 (JUMBO_000025–36, 000039, 000042, 000044, 000046) | betting table being marked with a plurality of payout odds corresponding to different the game results" (JUMBO_000106, JUMBO_000107); the March 9, 2016 Office Action at JUMBO_000154 (¶¶ 4–9), JUMBO_000156 (¶ 13); June 9, 2016 Amendment at JUMBO_000170, JUMBO_000171, JUMBO_000173-4; the August 8, 2016 Office Action at JUMBO_000184-185 (¶¶ 6–10, 12, 17); the December 1, 2016 Amendment at JUMBO_000198, JUMBO_000199, JUMBO_000201 (remarks); and the January 24, 2017 Notice of Allowability and Reasons for Allowance at JUMBO_000215.<br><br><u>The '350 Parent Application (JUMBO_000015-94)</u><br><br>Abstract; 1:7–25, 2:8–15, 3:17–18, 3:21–22, 3:25–4:1, 4:4–19, 6:11–13, 6:18–24, 10:1–11; Figures 3, 5, 7; claim 1. |

| Term No. | Claim Term | Jumbo's Proposed Construction and Intrinsic Evidence | Evolution's Proposed Construction and Intrinsic Evidence |
|---|---|---|---|
| 2 | "a calculation element, including a dynamic raised odds choosing module and a payout module"<br><br>*Appears in claims 1 and 8 of the '459 Patent* | *Construction*<br><br>"a component of the gambling game system that is configured to designate during each game variable raised odds for one or more game results and determine the payout associated with any winning game result, including (1) a part that selects variable raised odds for one or more game results whereby the theoretical return to player is controlled below 100%; and (2) a part that credits a player's winning bet on a game result based on the original payout odds or the dynamic raised odds for that game result" | Evolution's proposed construction for this limitation is without prejudice to its position that the recited "dynamic raised odds choosing module" and "payout module" are indefinite under 35 U.S.C. § 112 for the reasons stated for Terms 3 and 6.<br><br>*Construction*<br><br>"a calculation element that includes at least two distinct modules: (i) a dynamic raised odds choosing module and (ii) a payout module" |
| | | *Intrinsic Evidence*<br><br><u>'459 Patent</u><br>Abstract; 1:21-34; 1:38-40; 1:58-63; 1:67-2:13; 2:26-27; 2:30-35; 2:38-39; 2:42-43; 2:61-64; 3:13-47; 3:54-61; | *Intrinsic Evidence*<br><br><u>'459 Patent (JUMBO_000001-14)</u><br><br>Claims 1, 8; Figs. 1, 3–5, 7, 9; Abstract; Specification at 1:58–2:13, |

| Term No. | Claim Term | Jumbo's Proposed Construction and Intrinsic Evidence | Evolution's Proposed Construction and Intrinsic Evidence |
|---|---|---|---|
| | | 4:6-16; Figures 1, 3-5, 7, 9; claims 1, 8<br><br>'459 Patent File History (U.S. Pat. App. 13/952,222)<br>• 07/26/2013 U.S. Pat. App. 13/952,222 claims 1, 8 (JUMBO_000106–08)<br>• 08/08/2016 Office Action, ¶¶ 10, 14 (JUMBO_000184–85)<br>• 12/01/2016 Amendment at 2, 3, 5 (JUMBO_000198–99, 000201)<br><br>'350 Parent Application<br>Abstract; 1:11-13; 2:7-3:3; 3:14-4:1; 4:4-10; 4:18-9:25; 10:1-11:6; Figures 1-7; claims 1, 5-10 (JUMBO_000025–46) | 2:26–27, 2:30–35, 2:38–39, 2:42–43, 2:61–64, 3:13–47, 4:6–12.<br><br>'459 Patent File History, including the originally filed claims reciting "a dynamic raised odds calculation element to randomly select a specific number of the game results and generate dynamic raised odds for the selected game results respectively" and "a payout element to pay out to players who win the round of game according to the payout odds or the dynamic raised odds which is at higher priority" (JUMBO_000106, JUMBO_000107); the March 9, 2016 Office Action at JUMBO_000154 (¶¶ 4–9), JUMBO_000156 (¶ 13); June 9, 2016 Amendment at JUMBO_000170, JUMBO_000171, JUMBO_000173-4; the August 8, 2016 Office Action at JUMBO_000184-185 (¶¶ 10–14, 17); December 1, 2016 Amendment at JUMBO_000198, JUMBO_000199, |

| Term No. | Claim Term | Jumbo's Proposed Construction and Intrinsic Evidence | Evolution's Proposed Construction and Intrinsic Evidence |
|---|---|---|---|
| | | | JUMBO_000201; and the January 24, 2017 Notice of Allowability and Reasons for Allowance at JUMBO_000215. |
| 3 | "dynamic raised odds choosing module"<br><br>*Appears in claims 1 and 8 of the '459 Patent* | *Construction*<br><br>"part of the calculation element that selects variable raised odds for one or more game results whereby the theoretical return to player is controlled below 100%" | *Construction*<br><br>Indefinite under 35 U.S.C. § 112 because the term is subject to 35 U.S.C. § 112(f) and the specification fails to disclose corresponding structure. The claimed function is randomly selecting a specific number of the game results and generating dynamic raised odds for the selected game results respectively. The term uses the nonce word "module" with purely functional language, and the specification discloses only high-level functional descriptions and labeled boxes, not an algorithm, processor configuration, circuitry, software structure, selection procedure, weighting rule, or other |

| Term No. | Claim Term | Jumbo's Proposed Construction and Intrinsic Evidence | Evolution's Proposed Construction and Intrinsic Evidence |
|---|---|---|---|
| | | | structure for performing the claimed selection-and generation function. |
| | | *Intrinsic Evidence*<br><br>’459 Patent<br>Abstract; 1:27-34; 1:38-40; 1:58-63; 2:9-13; 2:26-27; 2:30-35; 2:38-39; 2:42-43; 2:61-64; 3:13-47; 3:54-61; 4:13-16; Figures 1, 3-5, 7, 9; claims 1, 8<br><br>’459 Patent File History (U.S. Pat. App. 13/952,222)<br>• 07/26/2013 U.S. Pat. App. 13/952,222 claims 1, 8 (JUMBO_000106–08)<br>• 08/08/2016 Office Action, ¶¶ 10, 14 (JUMBO_000184–85)<br>• 12/01/2016 Amendment at 2, 3, 5 (JUMBO_000198–99, 000201)<br><br>’350 Parent Application | *Intrinsic Evidence*<br><br>’459 Patent (JUMBO_000001-14)<br><br>Claims 1 and 8; Figs. 1, 3–5, 7, 9; Abstract; Specification at 1:58–2:6, 2:9–13: 2:26–27: 2:30–35: 2:38–39, 2:42–43: 2:61–64, 3:14–47, 3:58–59, 4:13–16.<br><br>’459 Patent File History, including the originally filed claims reciting a “dynamic raised odds calculation element” (JUMBO_000106, JUMBO_000107); the March 9, 2016 Office Action at JUMBO_000154 (¶¶ 4–9), JUMBO_000156 (¶ 13); June 9, 2016 Amendment at JUMBO_000170, JUMBO_000171, JUMBO_000173-4; the August 8, 2016 Office Action at JUMBO_000184-185 (¶¶ 10–14, 17); |

| Term No. | Claim Term | Jumbo's Proposed Construction and Intrinsic Evidence | Evolution's Proposed Construction and Intrinsic Evidence |
|---|---|---|---|
| | | Abstract; 2:7-3:3; 3:14-4:1; 4:4-10; 4:18-7:6; 7:15-9:25; 10:1-11:6; Figures 1-7; claims 1, 5-9 (JUMBO_000026–46) | the December 1, 2016 Amendment at JUMBO_000198, JUMBO_000199, JUMBO_000201; and the January 24, 2017 Notice of Allowability and Reasons for Allowance at JUMBO_000215.<br><br><u>The '350 Parent Application (JUMBO_000025-46)</u><br><br>Abstract; 2:15–17, 2:24–3:3, 4:8–10, 5:13–6:10, 6:21–24, 7:15–8:14, 9:1–25, 10:3–6, 10:8–11, 10:24–11:6; Figures 1–7; claims 1 and 5–9. |
| 4 | "in which the dynamic raised odds choosing module is connected to the betting table to retrieve each of the plurality of game results"<br><br>*Appears in claims 1 and 8 of the '459 Patent* | *Construction*<br><br>"wherein the dynamic raised odds choosing module is linked to the betting table such that it can access game results" | *Construction*<br><br>"a link that enables the dynamic raised odds choosing module to retrieve each of the plurality of game results from the betting table" |
| | | *Intrinsic Evidence* | *Intrinsic Evidence* |

| Term No. | Claim Term | Jumbo's Proposed Construction and Intrinsic Evidence | Evolution's Proposed Construction and Intrinsic Evidence |
|---|---|---|---|
| | | ’459 Patent<br>Abstract; 1:27-34; 1:38-40; 1:58-63; 2:9-13; 2:26-27; 2:30-35; 2:38-39; 2:42-43; 2:61-64; 3:13-47; 3:54-61; 4:13-16; Figures 1, 3-5, 7, 9; claims 1, 8<br><br>’459 Patent File History (U.S. Pat. App. 13/952,222)<br>• 07/26/2013 U.S. Pat. App. 13/952,222 claims 1, 8 (JUMBO_000106–08)<br>• 08/08/2016 Office Action, ¶¶ 10, 14 (JUMBO_000184–185)<br>• 12/01/2016 Amendment at 2, 3, 5 (JUMBO_000198–99, 000201)<br><br>’350 Parent Application<br>Abstract; 2:7-3:3; 3:14-4:1; 4:4-10; 4:18-7:6; 7:15-9:25; 10:1-11:6; Figures 1-7; claims 1, 5-9 (JUMBO_000026–46) | ’459 Patent (JUMBO_000001-14)<br><br>Claims 1, 6, 8; Figs. 1, 3–5, 7, 9; Abstract; Specification at 1:58–63, 2:3–15, 2:26–27, 2:30–35, 2:38–39, 2:42–43, 2:61–64, 3:1–8, 3:14–46, 3:48–61, 4:13–16.<br><br>’459 Patent File History, including the originally filed claims reciting “a betting table and a plurality of game results” and “a dynamic raised odds calculation element to randomly select a specific number of the game results and generate dynamic raised odds for the selected game results respectively” (JUMBO_000106, JUMBO_000107); the March 9, 2016 Office Action at JUMBO_000154 (¶¶ 4–9), JUMBO_000156 (¶ 13); June 9, 2016 Amendment at JUMBO_000170, JUMBO_000171, JUMBO_000173-4; the August 8, 2016 Office Action at JUMBO_000184-185 (¶¶ 10), |

| Term No. | Claim Term | Jumbo's Proposed Construction and Intrinsic Evidence | Evolution's Proposed Construction and Intrinsic Evidence |
|---|---|---|---|
| | | | JUMBO_000185 (¶ 14, 17); the December 1, 2016 Amendment at JUMBO_000198, JUMBO_000199, JUMBO_000201. |
| 5 | "in which the dynamic raised odds choosing module … replaces the original payout odds of one of the plurality of game results, which is randomly selected, with a dynamic raised odds"<br><br>*Appears in claims 1 and 8 of the '459 Patent* | *Construction*<br>"the dynamic raised odds choosing module replaces the original payout odds of a randomly selected game result such that the dynamic raised odds are used in place of the original payout odds" | *Construction*<br>"the dynamic raised odds choosing module replaces the original payout odds for the randomly selected game result by substituting dynamic raised odds such that the dynamic raised odds are used in place of the original payout odds" |
| | | *Intrinsic Evidence*<br>'459 Patent<br>Abstract; 1:27-34; 1:38-40; 1:58-63; 2:9-13; 2:26-27; 2:30-35; 2:38-39; 2:42-43; 2:61-64; 3:13-47; 3:54-61; 4:13-16; Figures 1, 3-5, 7, 9; claims 1, 8<br>'459 Patent File History (U.S. Pat. App. 13/952,222) | *Intrinsic Evidence*<br>'459 Patent (JUMBO_000001-14)<br>Claims 1, 8, 14; Fig. 1, 3–5, 7, 9; Abstract; Specification at 1:58–63, 2:9–16, 2:26–27, 2:30–35, 2:38–39, 2:42–43, 3:14–26, 3:27–47, 3:58–59.<br>'459 Patent File History, including the originally filed claims reciting a |

| Term No. | Claim Term | Jumbo's Proposed Construction and Intrinsic Evidence | Evolution's Proposed Construction and Intrinsic Evidence |
|---|---|---|---|
| | | • 07/26/2013 U.S. Pat. App. 13/952,222 claims 1, 8 (JUMBO_000106–08)<br>• 08/08/2016 Office Action, ¶¶ 10, 14 (JUMBO_000184–85)<br>• 12/01/2016 Amendment at 2, 3, 5 (JUMBO_000198–99, 000201)<br><br><u>'350 Parent Application</u><br>Abstract; 2:7-3:3; 3:14-4:1; 4:4-10; 4:18-7:6; 7:15-9:25; 10:1-11:6; Figures 1-7; claims 1, 5-9 (JUMBO_000026–46) | "dynamic raised odds calculation element to randomly select a specific number of game results and generate dynamic raised odds for the selected game results respectively" (JUMBO_000106, JUMBO_000107); the March 9, 2016 Office Action at JUMBO_000154 (¶¶ 4–9), JUMBO_000156 (¶ 13), JUMBO_000157-8 (¶ 18); June 9, 2016 Amendment at JUMBO_000170, JUMBO_000171, JUMBO_000173-4; the August 8, 2016 Office Action at JUMBO_000184-185 (¶¶ 10–14, 17); and the December 1, 2016 Amendment at JUMBO_000198, JUMBO_000199, JUMBO_000201.<br><u>The '350 Parent Application (JUMBO_000025-46)</u><br>Abstract; 2:7–3:3, 3:14–4:1, 4:4–10, 4:18–7:6, 7:15–9:25, 10:1–11:6; Figs. 1–7; claims 1, 5–9. |

| Term No. | Claim Term | Jumbo's Proposed Construction and Intrinsic Evidence | Evolution's Proposed Construction and Intrinsic Evidence |
|---|---|---|---|
| | | | |
| 6 | "a payout module … the payout module pays out odds, according to the selected one of the game results, after the gambling game system is over"<br><br>*Appears in claims 1 and 8 of the '459 Patent* | *Construction*<br><br>"a part of the calculation element that credits a player's winning bet on a game result, wherein a fixed payout is made to the winning player at the end of a game based on (1) the original payout odds if no dynamic raised odds were selected for the winning game result or (2) the dynamic raised odds selected for the winning game result" | *Construction*<br><br>Indefinite under 35 U.S.C. § 112 because the term is subject to 35 U.S.C. § 112(f) and the specification fails to disclose corresponding structure. The claimed function is "pays out odds after the gambling game system is over." The term uses the nonce word "module" with purely functional language, and neither the claims nor the written description identify corresponding physical, hardware, software, or algorithmic structure for performing payout |
| | | *Intrinsic Evidence*<br><br><u>'459 Patent</u><br>Abstract; 1:21-24; 1:58-1:60; 1:67-2:9; 2:26-27; 2:30-35; 2:38-39; 2:42- | *Intrinsic Evidence*<br><br><u>'459 Patent (JUMBO_000001-14)</u><br><br>Claims 1 and 8; Figs. 1, 3–5, 7, 9; Abstract; Specification at 1:58–2:6, |

| Term No. | Claim Term | Jumbo's Proposed Construction and Intrinsic Evidence | Evolution's Proposed Construction and Intrinsic Evidence |
|---|---|---|---|
| | | 43; 2:61-64; 3:21-40; 4:6-12; Figures 1, 3-5, 7, 9; claims 1, 8<br><br>’459 Patent File History (U.S. Pat. App. 13/952,222)<br>• 07/26/2013 U.S. Pat. App. 13/952,222 claims 1, 8 (JUMBO_000106–08)<br>• 08/08/2016 Office Action, ¶¶ 10, 11 (JUMBO_000184–85)<br>• 12/01/2016 Amendment at 2, 3, 5 (JUMBO_000198–99, 000201)<br><br>’350 Parent Application<br>Abstract; 1:11-13; 2:11-3:3; 3:14-4:1; 4:4-10; 6:11-7:14; 8:21-9:4; 10:1-11; 10:24-11:3; Figures 1-7; claims 1, 10 (JUMBO_000025–28, 000030–36, 000038–46) | 2:26–27, 2:30–35, 2:38–39, 2:42–43, 2:61–64, 3:21–26, 4:6–9.<br><br>’459 Patent File History, including the originally filed claims reciting “a payout element to pay out to players who win the round of game according to the payout odds or the dynamic raised odds which is at a higher priority” (JUMBO_000106, JUMBO_000107); the March 9, 2016 Office Action at JUMBO_000154 (¶¶ 4–9), JUMBO_000156 (¶¶ 13-14); June 9, 2016 Amendment at JUMBO_000170, JUMBO_000171, JUMBO_000173-4; the August 8, 2016 Office Action at JUMBO_000184-185 (¶¶ 10, 14, 15, 17); and the December 1, 2016 Amendment at JUMBO_000198, JUMBO_000199, JUMBO_000201 |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Brian P. Egan*

Rodger D. Smith II (#3778)
Brian P. Egan (#6227)
Cameron P. Clark (#6647)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@morrisnichols.com
began@morrisnichols.com
cclark@morrisnichols.com

*Attorneys for Plaintiff*

OF COUNSEL:

Kimberly B. Herman
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
(617) 345-6186
kherman@nixonpeabody.com

WOMBLE BOND DICKINSON (US) LLP

*/s/ Dana K. Severance*

Dana K. Severance (#4869)
1313 North Market Street, Suite 1200
Wilmington, DE 19801
(302) 252-4320
dana.severance@wbd-us.com

*Attorneys for Defendant*

OF COUNSEL:

Barry J. Herman
Julie C. Giardina
WOMBLE BOND DICKINSON (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202
(410) 545-5830
barry.herman@wbd-us.com
julie.giardina@wbd-us.com

Matthew K. Blackburn
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Suite 2750
San Francisco, CA 94111
(650) 687-8442
matt.blackburn@wbd-us.com

November 4, 2026