IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JUMBO TECHNOLOGY CO., LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-660 (JCG) |
| | ) | |
| EVOLUTION US LLC and EVOLUTION MALTA LIMITED, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Plaintiff's Third Set of Requests for Documents and Things (Nos. 131-132)*, were caused to be served on November 17, 2026, upon the following in the manner indicated:

Dana K. Severance, Esquire
WOMBLE BOND DICKINSON (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

Barry J. Herman, Esquire
Julie C. Giardina, Esquire
WOMBLE BOND DICKINSON (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

Matthew K. Blackburn, Esquire
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Suite 2750
San Francisco, CA 94111
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Cameron P. Clark*

Rodger D. Smith II (#3778)
Michael J. Flynn (#5333)
Brian P. Egan (#6227)
Cameron P. Clark (#6647)
J. Layne Lancaster (#7616)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@morrisnichols.com
mflynn@morrisnichols.com
began@morrisnichols.com
cclark@morrisnichols.com
llancaster@morrisnichols.com

*Attorneys for Plaintiff*

OF COUNSEL:

Kimberly B. Herman
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
(617) 345-6186
kherman@nixonpeabody.com

November 17, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 17, 2026, upon the following in the manner indicated:

Dana K. Severance, Esquire — *VIA ELECTRONIC MAIL*
WOMBLE BOND DICKINSON (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
*Attorneys for Defendant*

Barry J. Herman, Esquire — *VIA ELECTRONIC MAIL*
Julie C. Giardina, Esquire
WOMBLE BOND DICKINSON (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202
*Attorneys for Defendant*

Matthew K. Blackburn, Esquire — *VIA ELECTRONIC MAIL*
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Suite 2750
San Francisco, CA 94111
*Attorneys for Defendant*

*/s/ Cameron P. Clark*

Cameron P. Clark (#6647)